| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| Recipients: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-03934-ERK Tyrell v. The People of the State of New York Order of Recusal |
| Date: | 12:59:33 PM Today |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 10/3/2007 at 12:59 PM EDT and filed on 10/3/2007
**Case Name:**            Tyrell v. The People of the State of New York
**Case Number:**          1:07-cv-3934
**Filer:**
**Document Number:**      No document attached

**Docket Text:**
ORDER OF RECUSAL The Clerk is directed to reassign this case by random selection. The Order to Show Cause dated Sept. 25, 2007 is hereby vacated. Ordered by Judge Edward R. Korman on Oct. 3, 2007. (Susi, PaulaMarie)


**1:07-cv-3934 Notice has been electronically mailed to:**
KINGS COUNTY DISTRICT ATTORNEYS OFFICE - GENERIC
appealsefile@brooklynda.org
NEW YORK STATE ATTORNEY GENERALS OFFICE - GENERIC
alyson.gill@oag.state.ny.us, chidiebere.asogwa@oag.state.ny.us

**1:07-cv-3934 Notice will not be electronically mailed to:**

Norris J. Tyrell
02R4885
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821-0051